In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00150-CR
_____

JOSHUA DAVID OLVERA, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 11-11139

## MEMORANDUM OPINION

Pursuant to a plea bargain agreement, appellant Joshua David Olvera pleaded guilty to aggravated robbery. The trial court found the evidence sufficient to find Olvera guilty, but deferred further proceedings, placed Olvera on community supervision for ten years, and assessed a fine of $1000. The State subsequently filed a motion to revoke Olvera's unadjudicated community supervision. Olvera pleaded "true" to three violations of the conditions of his community supervision. The trial court found that Olvera violated the conditions of

1

his community supervision, found Olvera guilty of aggravated robbery, and assessed punishment at twenty years of confinement.

Olvera's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On August 13, 2014, we granted an extension of time for Olvera to file a *pro se* brief. We received no response from Olvera. We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on November 13, 2014
Opinion Delivered December 10, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1]Olvera may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.